**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Angela Ball

Plaintiff,

v.

Case No.: 1:26−cv−00572
Honorable Andrea R. Wood

Trans Union LLC

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 30, 2026:

MINUTE entry before the Honorable Maria Valdez: In light of Petitioner's Notice of Withdrawal of her Motion to Compel Trans Union LLC's Compliance with Subpoena [17], the Motion to Compel [1] is hereby withdrawn without prejudice. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.